IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICKEY MILES** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-MC-131 |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |

**ORDER**

Mickey Miles is a defendant in criminal proceedings which are presently ongoing in state court.[1] He filed pro se a "Motion for Intervention in Actions" on June 3, 2002 and a "Motion for Writ of Mandamus and/or Preliminary Injunctions and Temporary Restraining Orders" on June 20, 2002 in this Court. In these Motions, he requests that this Court order the state court to hold a speedy trial, to remove the public defender from representing Miles in his criminal case, and to allow Miles to represent himself instead. As Miles seeks to intervene in the criminal case which is currently pending in state court, this Court cannot grant him the relief that he seeks. See Younger v. Harris, 401 U.S. 37, 46 (1971) (emphasizing the "fundamental policy against federal interference with state criminal prosecutions"); Thomas v. Bradley, Civ. A. No. 84-4586, 1986 WL 8142, at *1 (E.D. Pa. July 17, 1986) (holding that Younger abstention precludes a federal court from reviewing a plaintiff's request that it order a state court to try him in a speedy manner).

Accordingly, this       day of August, 2002, **IT IS ORDERED** that the "Motion for Intervention in Actions" (docket no. 4) and "Motion for Writ of Mandamus and/or Preliminary Injunctions and Temporary Restraining Orders" (docket no. 5) are **DENIED**.

---

[1] Correspondence dated June 5, 2002 from the Defender Association of Philadelphia, which is attached to Miles's Motion, indicates that an appeal from the sentence Miles received in the Municipal Court on May 24, 2002 has been filed in the Court of Common Pleas. According to this correspondence, Miles was scheduled to be arraigned for a new trial in the Court of Common Pleas on June 27, 2002.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**